# EXHIBIT 1

FILED

MAR 2 4 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011        )
(202) 722-1182                )
              Plaintiff       )
                              )       CASE NUMBER  1:06CV00561
        v.                    )
                              )       JUDGE: Paul L. Friedman
                              )
              Defendant       )       DECK TYPE: Employment Discrimination
                              )
The Discovery Communications, Inc.    DATE STAMP: 03/24/2006
One Discovery Place
Silver Spring, MD 20910
(301) 589-9307
```

## COMPLAINT

Gail Stone v Discovery Channel Store

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

### COUNT I

1. I was discriminated based on my race in violation of Title VII and the D. C. Human Right Act. I am alleging quid pro quo, hostile work environment, sexual harassment, race discrimination

### COUNT II

2. I was retaliated against in violation of title VII and the DCHRA for complaining about discrimination about discrimination and sexual harassment.

RECEIVED

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gail Stone v Discovery Channel Store

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
Plaintiff

## COUNT III

3. Defendant negligeutly supervised, trained, and hired my supervisors Ms Brigitte Herbert, Ms Kris Lozupone and Mr. Richard Eckert.

## COUNT IV

4. Defendant intentionally inflicted emotional distress.

5. I had attended college for six years to attain my Doctrine.

6. I volunteered at Bread for The City and Zacchaeue free clinic, for eight years. My name is in The Washington Post new paper November---1993.

7. I worked two jobs at the MCI Center.

8. I became totally disable March 16, 2000, do to no fault of my own. My monthly income is $729.00 and I am in constant Pains.

9. 1. I was employed by The Discovery Channel Store, located at 601 F Street Washington, DC 20009 on November 24, 1998 as a Sales Associate.

10. 2. On August 17, 1999, Mr. Richard Eckert, male(white, 59) started working on the first as a Floating Supervisor, he was moved from the 4th floor as a Supervisor for lack of sales.

11. 3. During his tenure, I was subjected to constant harassment and verbal abuse from Mr. Eckert.

12. 4. In 1998 Ms. Brigitte Herbert general manager had moved Mr. Richard Eckert from the third floor because he was not a team worker.

13. 5. Ms. Herbert moved Mr. Eckert from the 4th floor for lack of sales and moved him to the first floor 8-99.

14. 6. In April of 1999 I was sexual harassed by Mr. Eskert but

Case 1:06-cv-00561-PLF   Document 1   Filed 03/24/2006   Page 3 of 12

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

his permanent work place was the 4th floor and Mr. Eckert was up there about six hours a day. I rejected his sexual advances and abusive behavior.

15.     7. On the 7-17-1999, Ms Herbert moved Mr. Eckert to the first floor. From the 8-1999 until 2-18-2000 I was constantly harassed by Mr. Eckert and I reported this to the manager office Kris Lozupone and head manager Ms. Brigitte Herbert.

16.     8. On 10-30-1999, Ms. Brigitte Herbert general manager told me to get out of her officer and stop complaining about Mr. Richard bad behavior.

17.     9. On November 1, 1999 Ms. Herbert hired Mr. Samuel Harewood (black male 25) as manager of the first floor.

18.     10. Mr. Eckert was irrational. He said that black nigger took his job but Ms. Herbert said that if she had made Richard manager that with his bad behavior and the way he talk, we would be in a law suit. She said she can see it now Richard in a meeting with her boss. And he start talking, her boss would wonder about her.

19.     10. From the beginning of Mr. Harewood work at Discovery Store, Sam also complained about Mr. Eckert abusive behavior because Mr. Eckert said that he was not going to take any order from no black nigger.

20.     11. Mr. Eckert refused to do anything that Mr. Harewood asked him to do. Mr. Eckert would deliberately mess up the items on the first floor.

21.     12. When we asked Mr. Richard Eckert why he did that, he said just act as if I am a customer and clean it up are he would make us loose our job.

22.     13. Sam asked me to report this to Mr. Herbert, she told me to clean it up because I was on the clock.

Gail Stone v Discovery Channel Store

Gail Stone
1212 9th Street N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

Plaintiff

clean it up because I was on the clock. When I return to the first floor Mr. Eckert said to me in front of Sam, the customer and in front of my co-workers you (Gail) can kiss your job goodbye.

23.  14. On January 19, 2000, Mr. Harewood, Gail Yarbough and I talked to Ms. Herbert about filing a charge with the Office of Human Right if she didn't stop Mr. Eckert from calling me a bitch slut and etc,.

24.  15. Ms. Herbert called a meeting with Mr. Eckert, who admitted his bab behavior.

25.  16. Then Ms Herbert asked me Gail Stone to move to the third floor until Mr. Eckert come down.

26.  17. Mr. Samuel Harewood, my manager would not allow me to comply.

27.  On 1-19-2000 when Mr. Richard Eckert finally on record admitted such a little bit of all the very abusive thing he said and did, Mrs. Brigitte Herbert was telling he had said enough and Mr. wanted to talk some more because he said he wanted to tell Mrs. Herbert general manager why did she give Sam the job He had asked for.

28.  Mrs. Herbert the general mamager asked me to more to the third floor the co-workers and I was amazed when asked me to move to

the third floor she said that I should move until Mr. Eckert come down. Valarie Cain, Brenda Williams, Trent, Dianne Perkin, Cythina Little, Samuel Harewood, Gail Yarbough, Francis Deleon and many more co-workers agreed that this was just like the civil right case in 1960's with Mrs, Rosea Parks when the bus driver her to more for a wanted white man and they wouldn't let

the office move me.

29. Mrs. Brigitte Herbert the general manager said to the assistant general in front of my face and other co-work that she had to get me fired because she looked at me (Gail Stone) and said that I was no longer welcome at Discovery Channel. Mrs. Herbert asked Kris Luzpone the assistant general how was my record and Ms. Kris said she have a perfect record and Brigitte said you have to make up something, now we are still listening to them and they didn't even care.

30. 1-27-00 Richard Eckert wrote Gail Yarbough a letter of division. It read, you are a find young girl and asked her not to report him to the office.

Richard said to Gail that he just wanted her to know who I (Gail) really was and help her find the truth.

31. 2-16-2000 after I had went home sick from the job at Discovery Channel Store Richard Eckert told Brenda Williams and Sammuel Harewood that I went home to soom before he had a chance to harass me but he would make up for it tomorrow. I told them on the phone that, that was why I left because I was afraided that he would do that and I got sick just thinking about it and Ithank them for calling me and they said that they told Ms. Brigitte the general manager.

They had to get off the phone because they was still at work

Gail Stone v Discovery Channel Store

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
Plaintiff

32.  12/24/1999- On Christmas Eve, I informed my manager, Sam that Richard Eckert told me in hand sign fuck you. Sonya Jones and Sam (manager) and I went to Bridgett and told her, as well as Michael and Kris.

33.  1/19/2000- Richard Eckert told Gail Yarbough that I was a slut. Gail Yarbough then informed me, Sam (manager) and Bridgett Herbert (General Manager). When Richard Eckert was confronted about the incident, he admitted he did it. He said, "Yes, I called her that name".

34.  Brigitte Herbert gave me some papers on harassment because she said I didn't know what harassment was I heard Mrs. Herbert call me stupid.

35.  1/21/2000- Richard Eckert told Michael (a manager) I was cheating on the time. Michael told me if I did he would cut my hours because he didn't promise me but 35 hours anyway.

Gail Stone v Discovery Channel Store.

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
                        Plaintiff

36. It was well known among employees and managers that Mr. Eckert would impose un-welcomed sexual advances towards female employees but nothing was done about it. Mr. Eckert would even massage the shoulders and play with the hair of the teenage female employees I was assigned to train. Some were only fifteen (15) years old. I would counsel these young women not to let Mr. Eckert touch them in that manner. I also asked Mr. Eckert to stop bothering the trainees. His response to me was, "I have needs. You won't sleep with me. I have to get someone."

37. Mr. Eckert constantly referred to me as a b---h, or whore or slut to me personally and to my co-worker. Mr. Eckert would also make statements about my religion. He would make statements such as, "Her mind is in the Bible." or "She thinks she's so Christian. She's nothing but a slut." Mr. Richard Eckert said to me that a black woman is a human commode for white men sperm, I told my manager Mr. Samuel Harewood he said that he was fed up with Richard abusive behavior and advised me to use a tape recorder, I said ok.

Gail Stone v Discovery Channel Store

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
Plaintiff

38. Mrs. Luzpone asked me never apologize to me. I said no she then called Richard to the second floor because Richard and was still working on the same floor and Kris had made him floating supervisor for the day and Mr. Eckert was still calling me bitch, whores, etc.,

39. Mrs. Kris Luzpone the assistant general manager said Richard have you apologized to Gail and he said no and she said that the offic office told Richard to apologize to me on the 1-19-2000 or he would be fired and Mrs. Kris said the office is giving them until friday to handle this situation or they would be in real touble trouble and they are not leaving so one of us have to go. Kris and Brigitte had fix the schedule to make sure that no one would be at work todefend me. At 8:15 am friday kris come up to and stop me from clocking in for work. Brigitte was standing telling Kris what to say to me. I kenw they was lying and told them they were wrong for take my job.

40. On 2-16-2000 mangerment office Kris Lozupone told me that Mr. Eckert behavior was my fault and I need to be punish and they did. My work was servilily affected.

I had to get permission to go home sick because I would vomit on the job infront of my co-workers. I had no escape Mr. Eckert, Mrs. Lozupone and Mrs. Herbert were very evil toward me and told 1st floor employee that if they even talk to me they would be fired

I was to sick to even go to work on my second job.

41. I rejected his sexual advances and abusive behavior.

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
Plaintiff

Gail Stone v Discovery Channel Store
Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

42. On February 4-2000, I was terminated

43. That harassment severely affected my work.
The Papers that I was giving by the office about me are lies
No one is smart enough to turn a lie into the truth no one

44. It was and still very painful for my to read these letters that Discovery is proclaiming about me. It is very painful for me and my family and friend. It is very hard for me to explain how bad I feel without crying. Those lies mess up my good record. Everybody on the job knew that the Discovery Store choose Mr. Richard Eckert over me because I am black and He is white. Mr. Richard Eckert braged about this all the time.

45. The black employee was afraided of getting fired. I was not afraided to report the hostile work environment.

46. From 1-19-2000 the office made my an out cass and that made me week. I was belittle on my night job because of the lies that the office said about me. My superviser Martha said that I could get fired for insubordination just like I did in Discovery I felt so ashame. I know I have the right to reject sexual harassment. The office fired me because they counted me as less than a human being and no want would help me that what Kris Luzpone assistant manager said to me and Brigitte Herbert said that I couldn't do any thing with Discovery company.

47. On 2-16-00 Kris Lozupone said to me again Gail you know it you fault that Richard is harassing you. he other black people don't mind Richard talking don't disturb anyone else why do it disturd you and she said she just ignore Richard.

Gail Stone v Discovery Channel Store

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
Plaintiff

EEOC Form 161 (3/98)  Case 1:06-cv-00561  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  Document 4  Filed 03/24/2006  Page 10 of 12

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Gail B. Stone<br>5912 9th St., N.W.<br>Washington, DC 20011 | From: Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10C-2000-00158 | David Gonzalez,<br>State & Local Coordinator | (202) 419-0714 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission:

*Dana R. Hutter* (signature)                    **DEC 0 8 2005**

Enclosure(s)                                    (Date Mailed)
Dana Hutter,
Director

cc:
DISCOVERY CHANNEL
601 F Street, N. W.
Washington, DC 20004

06 0561
**FILED**
MAR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice** was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit **before 7/1/02** -- not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

