IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06CV00561 |
| ) | |
| DISCOVERY COMMUNICATIONS, INC. ) | |
| ) | Judge Paul L. Friedman |
| Defendant. ) | |
| ) | |

**DEFENDANT DISCOVERY COMMUNICATIONS. INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LCvR 7.1**

I, LAWRENCE Z. LORBER, counsel of record for Discovery Communications, Inc. ("DCI"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DCI which have any outstanding securities in the hands of the public:

Advance/Newhouse Communications

Adventure Race Productions, Inc.

American Planet (Asia) LLC (BBC entity)

Animal Planet Latin America, LLC (BBC entity)

Animal Planet, LLC (BBC entity)

Animal Planet, LP (BBC entity)

Cox Communications

Discovery (UK) Limited

Discovery Asia Sales Private Limited

Discovery Asia, Inc.

Discovery Bangladesh Incorporated

Discovery Channel (Mauritius) Private Limited

Discovery Channel (UK) Limited

Discovery Channel Betriebs Gmbj

Discovery Channel Catalog, LLC

Discovery Communications Bangladesh Ltd.

Discovery Communications Europe (f/k/a TDC UK/Scandinavia Venture)

Discovery Communications F.S.C., Inc.

Discovery Communications India

Discovery Communications Ltd., LLC

Discovery Communications, Inc.

| | |
|---|---|
| Discovery Enterprises, LLC | Discovery Wings, LLC |
| Discovery Entertainment Services, Inc. | Discovery World Television, Inc. |
| Discovery Europe, LLC | Discovery.com, Inc. |
| Discovery Foundations, Inc. | Discoveryhealth.com LLC |
| Discovery Germany Beteiligungs GmbH SRX-10 Vermogensverwaltungsgese ll-schaft mbH | Discoverytravel.com LLC |
| | Discoverytrips.com, LLC |
| Discovery Germany, L.L.C. | DSC China, Inc. |
| Discovery Health Channel, LLC | DSC Japan, L.L.C. |
| Discovery Health Europe, LLC | EOP Venture, LLC |
| Discovery Holding | Future Interactive Technology, Inc. |
| Discovery Japan KK | Interactive Pictures Corp. |
| Discovery Japan Services, LLC | Joint Venture Network, LLC (BBC entity) |
| Discovery Japan, Inc. | Lancit Media Productions, Ltd. |
| Discovery Latin America, Inc. | Learning 2000, Inc. |
| Discovery Latin America, L.L.C. | Nature Company Aviation Partners |
| Discovery Licensing, Inc. | Nature Company Canada |
| Discovery New York, Inc. | Nature Company Limited |
| Discovery Productions, Inc. | Network USA Incorporated |
| Discovery Publishing, Inc. | New Video Channel, LLC (BBC entity) |
| Discovery Realty, LLC | Omniview, Inc. |
| Discovery Services, Inc. | Patagonia Adventures, LLC |
| Discovery Television Center, LLC | People & Arts [Latin America], LLC (BBC entity) |
| Discovery Trademark Holding Company, Inc. | Petstore.com, Inc. |
| Discovery Ventures, LLC | Project Discovery, Inc. |
| Discovery Ware Multimedia, Inc. | RCN Corporation |

2

The Discovery Channel Store, Inc.

The Nature Company

The Nature Company International, Inc.

The Travel Channel LLC

Travel Channel Latin America LLC

Travel Channel US

Travel Daily News, In

Dated: April 17, 2006         Respectfully submitted:

                                        By: _____
                                        Lawrence Z. Lorber (DC Bar No.103127)
                                        Meredith C. Bailey (DC Bar No. 494476)
                                        **PROSKAUER ROSE LLP**
                                        1001 Pennsylvania Avenue, NW
                                        Suite 400 South
                                        Washington, DC  20004-2533
                                        Telephone: (202) 416.6800
                                        Facsimile: (202) 416.6899

                                        *Counsel for Defendant Discovery*
                                        *Communications, Inc.*