IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civ. No. 1:06CV00561<br>)<br>)<br>)   Judge Paul L. Friedman<br>)<br>)<br>) |

**DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S**
**MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 16.3**

Defendant Discovery Communications, Inc. ("DCI"), by and through the undersigned attorneys, and in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia, hereby makes the following report pursuant to Local Rule 16.3 and the Court's scheduling order of April 24, 2006. The parties conferred via telephone on May 16 and 18, whereupon it was agreed as follows:

(1)    Defendant, by and through its counsel, intends to file a motion for judgment on the pleadings and/or motion for summary judgment, which is likely to be dispositive of all claims against Defendant. Defendant requests that all discovery be postponed pending the resolution of any dispositive motions filed by the parties;

(2)    The parties were unable to agree upon or narrow any factual and/or legal issues;

(3)    Neither party wishes to elect to proceed before the United States Magistrate Judge;

(4)    The parties do not believe that settlement would be feasible at this time;

(5)    The parties do not request ADR conference; and

(6)    The parties do not agree to stipulate to dispense with the initial disclosures

required by Rule 26(a)(1).

    Defendant hereby submits the following Proposed Scheduling Order:*

- Document production shall be completed by June 20, 2006;

- All fact discovery shall be completed by July 15, 2006;

- Expert witness reports shall be due by July 28, 2006;

- Expert witness rebuttal reports shall be due by August 11, 2006;

- Expert depositions shall be completed by August 25, 2006;

- Dispositive motions shall be filed by September 12, 2006;

- Briefs in opposition to dispositive motions shall be filed by October 13, 2006;

- Reply briefs to briefs in opposition shall be filed by November 8, 2006;

- Oral argument regarding dispositive motions will be held on December 28, 2006;  and

- Final pre-trial conference shall occur on January 18, 2007 or at the Court's earliest

convenience with trial to occur thirty (30) to sixty (60) days thereafter.

---

\*  Defendant reserves the right to amend the proposed schedule in the event that discovery is stayed by the Court upon the filing of Defendant's dispositive motion, as requested on page 1 of this report.

Dated: May 19, 2006

Respectfully submitted:

By: _____
Meredith C. Bailey (DC Bar No. 494476)
Lawrence Z. Lorber (DC Bar No.103127)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
Telephone: (202) 416.6800
Facsimile: (202) 416.6899

*Counsel for Defendant Discovery Communications, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DISCOVERY COMMUNICATIONS, INC. )<br>)<br>  Defendant. )<br>) | Civ. No. 1:06CV00561<br><br>Judge Paul L. Friedman |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the Defendant Discovery Communications, Inc. ("DCI") Meet and Confer Statement to the Court, submitted in accordance with Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3, and the Court's General Order and Guidelines for Civil Cases, it is this _____ day of _____ 2006,

ORDERED, that, unless otherwise modified by the Court, the following schedule for discovery and trial shall apply to the above-captioned matter:

Document production shall be completed by June 20, 2006;

All fact discovery shall be completed by July 15, 2006;

Expert witness reports shall be due by July 28, 2006;

Expert witness rebuttal reports shall be due by August 11, 2006;

Expert depositions shall be completed by August 25, 2006;

Dispositive motions shall be filed by September 12, 2006;

Briefs in opposition to dispositive motions shall be filed by October 13, 2006;

Reply briefs to briefs in opposition shall be filed by November 8, 2006;

Oral argument regarding dispositive motions will be held on December 28, 2006 or at the Court's earliest convenience; and it is

FURTHER ORDERED that the final pre-trial conference shall occur on January 18, 2007 or at the Court's earliest convenience with trial to occur thirty (30) to sixty (60) days thereafter.

SO ORDERED.

_____
The Honorable Paul L. Friedman
United States District Judge

COPIES TO:

GAIL STONE
5912 9th St., NW
Apt. 3
Washington, DC 20011

Meredith Bailey, Esq.
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC  20004-2533

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

GAIL STONE, )
)
    Plaintiff, )
)
v. ) Civ. No. 1:06CV00561
)
DISCOVERY COMMUNICATIONS, INC. )
) Judge Paul L. Friedman
    Defendant. )
)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 16.3** was served upon the Plaintiff, acting *pro se*, by enclosing the same in an envelope addressed to such Plaintiff by Certified Return Receipt on this 19th day of May, 2006.

GAIL STONE
5912 9th St., NW
Apartment # 3
Washington, DC 20011

_____
Meredith C. Bailey