IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

GAIL STONE, )
)
    Plaintiff, )
)
v. )
) Civ. No. 1:06CV00561
DISCOVERY COMMUNICATIONS, INC. )
)
    Defendant. ) Judge Paul L. Friedman
)
)

LOCAL RULE 16.3
EXTENTION FOR TIME

Dear Friedman:                May 18, 2006

    I am asking for a Extention of time, because I received the dated documentations on May 12, 2006. Do to no fault of my own and the situation of it was out of my control.

    I am asking for a Extention on the grounds that my multiple disabilities makes my preceding without legal counsel not in my best interest.

    I am asking for a Extention, because I am presentably seeking a lawyer.

    I was advised by legal counsel and the U. S. District Civil filed for records office worker's to wait until I received a mailed statement that my court payments were waived by the court, was granted before any legal proceeding of my case.

RECEIVED
MAY 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

/

GAIL STONE, Plaintiff,
v.
DISCOVERY COMMUNICATIONS, INC.

I received the information by phone a few days before I was allowed to receive the papers, when I came to the civil file record office. On May 12, 2006 and May 15, 2006, from Ms. Latanau Scott.

I was treated with great respect and the **(Staff)** I found **them** to be very **knowledgeable** and **compassionated.**

I talked with Ms. Meredith C. Bailey lawyer for Discovery Communication, INC. the Defendant, by phone today and she said that she would not disagree with an **Extention**. I am asking that the Court grant a **Extention** for (30) thirty days.

I appreciate the Extention and thank you very much.

(1) This case should not be dismissed for the following reasons.
   (a) On page 6 of 12 #33 of the Defendant answer to my complaint case 1:06-cv-00561-PLF Document 4 Filed 04/17/2006 page 12 of 12 to dismiss the complaint with prejudice.
On page 6 #33 DCI admits that Mr. Richard Eckert admitted to calling Gail Stone the paintiff (me) derogatory name on the one occasion 01/19/00.
   (b) I have written affidavits and tapes of conversations of creditable evidence that prove Mr. Richard Eckert continuously insult, belittle and slander my good name that I worked very hard to attain. I was told by some ex-co-worker's for the Discovery the Defendant that some ex-co-workers are deceased.
   (c) I have also received from the witness for the defendant
I have also received documentations from the Government of The District of Columbia **Office of Human Rights** that also

2

Case 1:06-cv-00561-PLF

GAIL STONE, Plaintiff,
v.
DISCOVERY COMMUNICATIONS, INC.

is creditable evidence evidence to prove Mr. Richard Eckert sexual harassment bad behavior. Letter of Determination Gail Stone V Discovery Channel Store Docket no,: 00-180-P (CN) EEOC no,:10CA00158. Page 7of 17 third and fourth paragraphs.

One witness stated, however that he made slick comments about female employees breast size or shape and another stated that he liked to flirt etc..

Mr. Richard Eckert belittle employee as much as I heard him open his mouth and made bad signs, expressions and motion of gesture with parts of his body.

For example he would (do) put one of his middle finger up in the air. Mr. Richard Eckert said that, that mean (fuck you). other times he would say the words.

Mr. Richard Eckert said to me that a black woman is a human commode for a white man sperm.

(d) Please don't dismiss this case.. I am willing to go as far as The Suprence Court etc.

(e) Dear The Honorable Judge:
Paul L. Friedman:

Please do not dismiss this case, because I deserve to have a trail by jury.

(2) (a) I disagree with the Defendant asking for the court to deny me of any relief.

I should not be deny my punitive damages.

(b) The reason #2 should not be granted by the Court is because the defendant Ciscovery Communication INC. forcefully

3

Case 1:06-cv-00561-PLF

GAIL STONE, Plaintiff,
v.
DISCOVERY COMMUNICATIONS, INC.

took my job after slandering my good name.

(c) Discovery has, had and still is making false and malicious statements oral and written about me my title the real good person I am., Causing me damage and Discovery hurt my reputation and my livehood, the lies against me were made public.

(d) Discovery Communications maliciouly, premeditatedly and without reason imputes crimes and fault against me which I am innocent.

(e) Discovery falsely spoke to others about me.

(f) Discovery is responsible for the people they decide to hire and they treated me as if I was a person who is wholly subject to the will of Discovery who I have no freedom of action but was whose person and services is wholly under the control of them the Discovery the Defendant.

(g) Discovery tried to make me believe that they had absolute power over my life, fortune and liberty. Mrs Brigitte Herbert force me to sign a paper or they would fired me on stop. The letters and statements that Discovery is stating about me are lies. **AND NO ONE IS SMART ENOUGH TO TURN A LIE INTO THE TRUTH.**

(h) Mrs. Herbert said to me when you is going to quit your other job when you work for Discovery you'er working 24 hour and 7 days a week.and we do not like the fact that you work some where else. We made a mistake when we hired you at Discovery She said to me I wish I could have stop it. Discovery Communications terminated my job and wrote those bad things

Case 1:06-cv-00561-PLF

GAIL STONE, Plaintiff,
v.
DISCOVERY COMMUNICATIONS, INC.

because she is evil retaliation because I refused to tolerate the bad ways I was treated by Mr. Eckert and Discovery INC.

(i) Discovery illegally terminated my job because I refused to work in a hassle serounding. Mrs. Brigitte and office tried to get me and other to take the blame for Richard Eckert behavior.

(j) I should be grant punitive damage.

lost wages

medical costs

compersatory damages

(k) Discovery is and was very vindictive and make it worse by aggravating me by tellng me Richard Eckert calling me a slute was my fault and asked me to move to the third floor to make Mr. Eckert feel comfortable.

(l) I felt like Mrs. Rosa Parks in the civil rights moverments in the 60's when she was asked to move to move to make a white man comfortable and she did not move and my manager Sam Harewood would not let Discovery move me because he said that I did nothing wrong. When Mrs. Brigitte Herbert tried to move me when any of the co-worker's was present except for the office workers, my co-worker's would stop working and stop the office staff of Discovery from moving me. And Discovery didn't like that. Discovery insulted me and they mean to hurt my feelings.

(3) (a) The reason why Discovery should not be granted anything any kind of relief because and the court had to waiver

5

Case 1:06-cv-00561-PLF                                GAIL STONE,        Plaintiff,
                                                                  v.
                                                      DISCOVERY COMMUNICATIONS, INC.

> my payment for court fees. because Discovery forcefully took my job.
>
> (b) I want for the court to grant me attorney,fees, costs and others expenses.
>
> (c) I have servilely stuffered for the slander that Discovery conflicting on me. I am in continuous pains and I am asking for punitive damages.

Please permit this correspondence to serve as a valid request for an extenuation of the normal allocation of time permitted during opening arguments. The basis of this request relates to my inability to competently represent "myself" within a legal capacity subsequent to physical and other injuries which are not within my control. I remain uncertain at this time in regard to "legal Council" which I am consistently informed of my rights to but as yet remain without.

My genuine concern in this particular matter as it relates to the allocation of time is that a reluctant or hastily prepared legal representation of my rights in the above matter may be tantamount to no representation.

Very Truly Yours,

*[signature: Gail B. Stone]*

Gail B. Stone

cee/GBS

6