Case 1:06-cv-00561-PLF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

GAIL STONE,

Plaintiff,                    )
                             )
v.                           )
                             )
DISCOVERY COMMUNICATIONS, INC.  )       Civ. No. 1:06CV00561
                             )
Defendant.                   )       Judge Paul L. Friedman
                             )
                             )
                             )

LOCAL RULE 16.3

Dear Judge Paul Friedman:

June 06, 2006

Please permit this correspondence to serve as a valid request for an

AMENDMENT

Date Filed: 03/24/2006
Jury Demand: None   ASKING FOR A TRIAL BY JURY,
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

RECEIVED

JUN - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Friedman
Please Change Jury Demand
to Jury Demand Asking
for a trial by Jury
this is one new
papers.-

Thank
you.

GAIL STONE,
                                        Plaintiff,

                    v.

DISCOVERY COMMUNICATIONS, INC.

Dear The Honorable Judge:

Paul L. Friedman:

    Please do not dismiss this case, because I deserve to have a trail by jury.

' (a) I disagree with the Defendant asking for the court to deny me of any relief.

    I should not be deny my punitive damages.

(b) The reason this should not be granted by the Court is because the defendant Ciscovery Communication INC. forcefully took my job after slandering my good name.

    I thank you very much for the Extention because I am presentably seeking a lawyer.

    I was advised by legal counsel and the U. S. District Civil filed for records office worker's to wait until I received a mailed statement that my court payments were waived by the court, was granted before any legal proceeding of my case.

                                        Very Truly Yours,

                                        *Gail B. Stone*

                                        Gail B. Stone

cee/GBS

AND NO ONE IS SMART ENOUGH TO TURN A LIE INTO THE TRUTH.



Count IV

(1) Defendant intentionally inflcted emotional distress.

DAMAGES

I am requesttng economic damages, emotional damages and PUNITIVE DAMAGESS FOR COUNT I---IV.

Gail Stone v Discovery Channel Store

Dockett No.: 00-180-P(CN); EEOC No.: 10CA00158

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
Plaintiff

Demanded trial by Jury

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 MAR 13 AM 9:05

NANCY M.
MAYER-WHITTINGTON
CLERK

received Sat 5-27-06

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

854-3050
6-1-06
Left message
3:07 pm
Thursday

**GAIL STONE**
**Apartment 3**
**5912 Ninth Street NW**
**Washington, DC 20011**

**Orders on Motions**
1:06-cv-00561-PLF STONE v. DISCOVERY COMMUNICATIONS, INC.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from bm, entered on 5/24/2006 at 2:24 PM and filed on
5/24/2006

**Case Name:**      STONE v. DISCOVERY COMMUNICATIONS, INC.
**Case Number:**    1:06-cv-561
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER granting [8] Motion for Extension of Time to Continue the Meet and Confer Status
Conference. The Meet and Confer Status Conference has been continued until 6/20/2006 at 9:15 AM..
Signed by Judge Paul L. Friedman on 5/24/2006. (bm)

The following document(s) are associated with this transaction:

**1:06-cv-561 Notice will be electronically mailed to:**

Meredith C. Bailey    mbailey@proskauer.com, mandolong@proskauer.com; rbrennan@proskauer.com

Lawrence Z. Lorber    llorber@proskauer.com

**1:06-cv-561 Notice will be delivered by other means to:**

GAIL STONE
Apartment 3
5912 Ninth Street NW
Washington, DC 20011

https://ecf.dcd.circdc.dcn/cgi-bin/Dispatch.pl?440838628118023

05/24/2006

**U.S. Department of Justice**
*United States Attorney*
*District of Columbia*
*Judiciary Center*
*555 4th Street, N.W.*
*Washington, DC 20001*

Official Business
Penalty for Private Use $300

20011+1952 C037

Misdemeanor Section
AUSA Vaughee
Room 1806

SOUTHERN MD 207
26 MAY 2006

received Sat 5-27-06

US OFFICIAL MAIL
$300 Penalty
For Private Use

Mailed From 20530
US POSTAGE

Hasler

$00.390
H601050
05.26/2006



**EJC**

# D.C. Employment Justice Center
## Follow-Up Intake

### FILL IN ALL BLANKS

Date of Follow-up Visit: 5/31/06

Worker's Name: GAIL STONE

DOB: 6/19/1953    Worker's Phone: (202) 722-1182

Employer: DISCOVERY CHANNEL COMMUNICATIONS

Has the worker's contact information changed since last visit?  Y (N)
(If yes, please write the new contact information in the space to the right.)

| SUMMARY OF SITUATION: | THE EE HAS BEEN HERE BEFORE. SHE IS INVOLVED IN A DISCRIMINATION CASE THAT IS NOW IN FED DISTRICT COURT. SHE RECEIVED AN EXTENSION FOR HER STATUS CONFERENCE, AND THE CLINIC ATTY (ART) WANTED TO TAKE A LOOK AT THE DECISION OF THE DC OFFICE OF HUMAN RIGHTS. THE EE BROUGHT IN 2 PREVIOUS DECISIONS SHE IS APPEALING AND A TAPE THAT SHE SAYS SUPPORTS HER CLAIM. |
|---|---|
| ADVICE GIVEN | * THE STATUS CONFERENCE IS A CHANCE FOR HER TO OFFER A SETTLEMENT. * IT IS UNLIKELY THAT THE CLINIC WILL BE ABLE TO FIND A PRO BOND ATTY TO REPRESENT HER |
| INTERVIEWER | IAN ELIASOPH |
| SUPERVISING ATTORNEY | ART |

Interview Conducted in (English)  Spanish  Other _____

Did you and the worker produce any written documents, letters or complaint forms?    Y  (N)
(If yes, you MUST have them approved by both the advising attorney AND an EJC attorney. You MUST also attach a copy to this intake.)

D.C. Employment Justice Center, 1925 K St. NW, Suite 520, Washington, DC 20006
(202) 828-9675 fax: (202) 828-9190 justice@dcejc.org  www.dcejc.org

**FOR EJC USE ONLY**
Update entered by _____
EJC Atty Review _____

1        2

Check this box if the case designation has changed



U.S. Department of Justice

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

May 26, 2006

Gail Stone

5912 9th St., N.W. Apt:3
Washington, DC 20011

Re: <u>**United States**</u> v. **Terance Johnson**
<u>**Case Number:**</u>   2006CMD001269

Dear Sir/Madam:

I am the Assistant United States Attorney assigned to the above-referenced case. It is scheduled for trial and you are an essential witness. The trial is scheduled for **June 27, 2006 9:00 am** and will take place in Courtroom **# 321**, of the Superior Court of the District of Columbia, 500 Indiana Avenue, N.W., Washington, DC. A subpoena is enclosed..

**Please try to arrive as early as possible, but no later than 30 minutes before the trial is scheduled. Once you arrive in Superior Court, we ask that you first go to the United States Attorney's Office, Misdemeanor Witness Room. The Witness Room is located on the C Street level, two floors below the first floor of the courthouse, Room C-195. It is important that you immediately check in with the Witness Room so that they can let the prosecutors know that you are present.**

While it is important that you arrive promptly, there are numerous other cases that will be called for trial before the same judge. Therefore, there will necessarily be periods of time that you will be waiting. We will endeavor to keep you updated on the progress of the case and will work hard to complete the matter as quickly as possible. We appreciate your cooperation and understanding. Please also remember to bring this letter and valid photo identification with you. After your court appearance, you may be entitled to the payment of a witness fee from the court.

- 2 -

We thank you for your participation in the judicial process. You play a critical role in the pursuit of justice. If you have any questions, you may call me at **(202) 616-2644** or Jennifer Clark, Victim Witness Specialist, at **(202) 305-8276.**

Sincerely,

George Varghese
Assistant United States Attorneys

Encl.

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

UNITED STATES

vs.

Case No. 2006CMD001269

TERANCE JOHNSON

To: GAIL STONE

5912 9TH ST, NW, Apt:APT 3, WASHINGTON, DC 20011

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division Courtroom __ of the Superior Court of the District of Columbia, 500 Indiana Avenue, Washington, D.C., on the __06/27/2006__ at __9:00 am__ as a witness for THE GOVERNMENT

☒ and please bring __PROPER IDENTIFICATION AND SUBPOENA.__

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this 26 day of May, 2006.

WILBERT DAVIS                    DISTRICT 4 (MPD)
Officer in Charge                    District

George Varghese
Attorney for Government/Defendant

Phone No. _616-2644_

_Clerk, Superior Court_
_of the District of Columbia_

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

_____
Date                    Judge

| RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE: |
|---|
| ☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below. |

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
|  |  |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS".

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
|  |  |
| REMARKS | Signature of Title of Server |

**STAPLES copy&printcenter**

# Complimentary Self-Serve Fax Cover Sheet

To: EEOC Attention

Fax#: Mr. David

Date: Gonzalez

Number of Pages:
(Including Cover) 2

From: Gail Stone

Phone#: (202_ 722-1182

Urgent ☐   Confidential ☐   Confirm Receipt ☐

Reply Fax #:

EEOC
WASHINGTON FIELD OFFICE
2006 JAN 23 P 2:05
1400 L ST NW
WASHINGTON D.C. 20005

## We'll do it right the first time – guaranteed.

.aples® Copy & Print Centers offer print shop services and one-stop convenience. Choose from:

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

that was easy.

....is a quest for another
letter from EEOC dated 12-8-05

Gail D. Stone
5912 9th Street N W #3
Washington, D. C. 20011
January 12, Thursday 2006
(202) 722-1182

EEOC WASHINGTON FIELD OFFICE
2006 JAN 23 P 2: 05
1400 L ST NW
WASHINGTON D.C. 20005

United State Equal Employment
Opportunity Commission
Office of Field Programs
1801 L Street N W
Washington, D. C. 20507
(202) 419-0714
Fax (202) 6637009

Dear Mr. David Gonzalez,
    I thank you for sending me another letter dated 12-8-05 of
your decision, on my request. The Right to Substantial Weight
Review. I disagree with your decision and I strongly believe
that you was lead to your decision, by the mishandle of the
information you received from from the Human Right Office. OHR
Judiciary Square Office 441 4th Street, N W Suite 570N Washington
D. C. 20001, (202) 727-4559. Fax (202) 727 9589. Mr. Kenneth L.
Saunders.
    I have had many conversations with many employee in the
course of five (5) years, there that were misrepresenting me and
that they misquoted me, many times and the fact that they OHR did
not give you any tapes, to review. Which Director Kenneth L.
Saunders said to me by phone and in person that the tapes were a
Crucial part to my case. Reference: Gail Stone V. Discovery
Channel Store. Docket No.: 00-180-P (CN) EEOC NO.:10CA00158.
    Mr. Saunder said to me that when he listen to the tapes,
what he heard on the tapes that I gave to OHR reference to my
case, bought him to the decision for the reconsideration of my
case. My request (last request) to apply for a reconsideration
was granted, letter dated January 10,2005.
    On July 1 2005 I received a letter of Determination from OHR
I strongly disagree with their decision, Determination. The
Determination letter dated June 15, 2005. I received it on July
1, 2005. I was in the OHR July 1, 2005/ July 5, 2005/ July 11,
2005/ July 12, 2005/ and I talked with many OHR employee and
filed many request to be listen to. about my case. On July the
12th 2005 I received a letter handed to me that I requested to
discuss my case with Ms. Alease Parson (202) 727-4559. Letter
dated July 12 2005. I went home and call her and she gave me an
appointment for July 29, 2005. The same day she had a woman from
the OHR less than a hour call me and cancel the appointment. I
called Ms. Alease Parson and begged her to please aloud me to
discuss my case with someone in the OHR. My appointment was
canceled because she said Mr. Saunder told her to cancel it. Mr.
Saunder refused to talk to me when I was in OHR and let anyone
else in the OHR talk to me, I felt betrayed and I still do feel
very badly betrayed by OHR. Mr. Saunder strongly refuse to let
me talk to any one 8-3-2005, again I filed another request to
talk to someone about my case in the OHR. I was in OHR because I
had not received a written response from my request from 8-3-2005
    I was told that my request was deny, refused. While I was
still in the OHR on 8-8-2005 I file another written request and
my request was excepted but did not grant my request,that what I
was told.

On 8-9-2005 I filed another written request, while I was in the OHR and while I was still in the OHR my request was excepted but I was still told again it was denied. On 9-21-2005 I received another two pages letter dated 9-15-2005 from the OHR. The letter stated that I could request for a RECONSIDERATION, letter dated 9-15-2005 and that I had thirty (30) days from the date of the letter to apply for a reconsideration. On the 9-23-2005 I was in the OHR and I file and statement for reconsideration letter, for the DETERMINATION letter dated 9-15-2005. My request was again excepted and again I was told that my request was denied. I realize that my fifteen (15) days for a RIGHT TO SUBTANTIAL WEIGHT REVIEW will end on the 9-30-2005. Therefore I went to the OHR to see if I could file another request for reconsideration. Ms. M. C. Ohern receptionist was at the desk this time, my written request dated 9-29-2005 was refused. I tried my best to give Mr. Saunder another statment of why I need to at lease have the chance to be listen to. I was strongly told that the OHR was not going to listen or do anything with or about my case. That why the same day 9-29-2005 I filed a case with EEOC on 9-29-2005. I believe that I should have recieved a statment from OHR for denying my request and I asked for a statment and that request was also denied. OHR they said the next step I OHR didnot tell my to go to the EEOC they said the next step I sould take is to get a lawyer, go to court. That the the next step you should take. I really do not understand how or why you came to you decision Mr. Gonzalez letter dated 12-8-2005. I have not examined what exactly OHR send you to review. I know for a fact that when I asked for all the copies of my entire file from OHR they didn't send or give me any tapes either just papers.

I will request from the OHR the exactly the entire documentations of all that OHR or any one else send to you and EEOC in Reference. to the case Gail Stone V. Discovery Channel Store. That lead you to make your decision which I disagree with and then I will make my decision whether you and your office were properly and legally informed about my case--OHR. I sincerely disagree with the out come of your understanding of the review.

Mr. Gonzalez I want to give thank's to you and some of your staff for being so very COMPASSIONATE with me.

Sincerely Yours,

Gail Boulware Stone

EEOC
WASHINGTON FIELD OFFICE
2006 JAN 23 P 2:05
1400 L ST NW
WASHINGTON D.C. 20005