Case 1:06-cv-00561-PLF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| GAIL STONE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 1:06CV00561 |
| DISCOVERY COMMUNICATIONS, INC. | ) ) | |
| Defendant. | ) ) ) | Judge Paul L. Friedman |

## AMENDMENT:

Dear Honorable Judge: Paul L. Friedman:

date: June 5, 2006

**RECEIVED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Honorable Judge: Paul L. Friedman:

Please permit this correspondence to serve as a valid request for a change from the Date Filed: 03/24/2006 where it stated JURY DEMAND: None, **CHANGE to A TRIAL BY JURY:**

(1) March 10, 2006 the date I filed my COMPLAINT I didn't add it to my complaint and when I realize that I had not add a **TRIAL BY JURY** I return to the Civil Division filing room to add this information I was told by one of the nice worker's that I could file **AMENDMENT:**

(2) I apologize for the wrong date on the Amendment I filed June 2 2006.

(3) I filed for a **EXTENTION FOR TIME** you granted me. I thank you very much. I also stated that I want a trail by jury. The date it was filed May 19, 2006.

(4) I filed an **AMENDMENT** June 2, 2006 dated June 6, 2006 on June 2 2006 I apologize for the wrong date. I stated again that I am Demanding a **TRIAL BY JURY** because this would help me.

Today's date: June 5, 2006

Your's Truly,

*Gail B. Stone*

Gail B. Stone

Case 1:06-cv-00561-PLF

GAIL STONE,
    Plaintiff,
v.
DISCOVERY COMMUNICATIONS, INC.
    Defendant.    /

2

Case 1:06-cv-00561-PLF

**RECEIVED**
JUN - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

GAIL STONE,

  Plaintiff,

v.

DISCOVERY COMMUNICATIONS, INC.

  Defendant.

Civ. No. 1:06CV00561

Judge Paul L. Friedman

LOCAL RULE 16.3

Dear Judge Paul Friedman:

June 05, 2006

Please permit this correspondence to serve as a valid request for an AMENDMENT

Date Filed: 03/24/2006
Jury Demand: ~~None~~ ASKING FOR A TRIAL BY JURY,
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**DAMAGES**

I am requesting economic damages, emotional damages and PUNITIVE DAMAGES FOR COUNT I---IV.

*[signature: Gail Stone]*
*[signature: Gail Stone]*

Gail Stone v Discovery Channel Store

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
  Plaintiff

*[handwritten: Demanded trial by Jury]*

Case 1:06-cv-00561-PLF

GAIL STONE,
  Plaintiff
v.
DISCOVERY COMMUNICATIONS, INC.
  Defendant

2006 MAR 13 AM 9:05
RECEIVED
U.S. DISTRICT COURT
DISTRICT...
NANCY M.
MAYER-WHITTINGTON
CLERK

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

RECEIVED
MAY 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GAIL STONE,
    Plaintiff,
  v.
DISCOVERY COMMUNICATIONS, INC.
    Defendant.

Civ. No. 1:06CV00561

Judge Paul L. Friedman

LOCAL RULE 16.3
EXTENTION FOR TIME

Dear Friedman:      May 18, 2006

    I am asking for a Extention of time, because I received the dated documentations on May 12, 2006. Do to no fault of my own and the situation of it was out of my control.

    I am asking for a Extention on the grounds that my multiple disabilities makes my preceding without legal counsel not in my best interest.

    I am asking for a Extention, because I am presentably seeking a lawyer.

    I was advised by legal counsel and the U. S. District Civil filed for records office worker's to wait until I received a mailed statement that my court payments were waived by the court, was granted before any legal proceeding of my case.

---

Case 1:06-cv-00561-PLF    v.
    DISCOVERY COMMUNICATIONS, INC.

is creditable evidence evidence to prove Mr. Richard Eckert sexual harassment bad behavior. Letter of Determination Gail Stone V Discovery Channel Store Docket no,: 00-180-P (CN) EEOC no,:10CA00158. Page 7of 17 third and fourth paragraphs.

One witness stated, however that he made slick comments about female employees breast size or shape and another stated that he liked to flirt etc..

Mr. Richard Eckert belittle employee as much as I heard him open his mouth and made bad signs, expressions and motion of gesture with parts of his body.

For example he would (do) put one of his middle finger up in the air. Mr. Richard Eckert said that, that mean (fuck you). other times he would say the words.

Mr. Richard Eckert said to me that a black woman is a human commode for a white man sperm.

(d) Please don't dismiss this case.. I am willing to go as far as The Suprence Court etc.

(e) Dear The Honorable Judge:
    Paul L. Friedman:

    ~~Please do~~ not dismiss this case, because I deserve to have a trail by jury.

(2) (a) I disagree with the Defendant asking for the court to deny me of any relief.

    I should not be deny my punitive damages.

(b) The reason #2 should not be granted by the Court is

4.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 [illegible]
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
         Plaintiff

v.    Civil Action No. _____

         Defendant
The Discovery Communications, Inc.
One Discovery Place
Silver Spring, MD 20910
(301) 589-9307

## COMPLAINT

Gail Stone v Discovery Channel Store

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

### COUNT I

I was discriminated based on my race in violation of Title VII and the D. C. Human Right Act. I am alleging quid pro quo, hostile work environment, sexual harassment, race discrimination

### COUNT II

I was retaliated against in violation of title VII and the DCHRA for complaining about discrimination about discrimination and sexual harassment.

(1) Defendant intentionally inflcted emotional distress.

### DAMAGES

I am requestting economic damages, emotional damages and PUNITIVE DAMAGESS FOR COUNT I---IV.

*[signature: Gail Stone]*

Gail Stone v Discovery Channel Store

Docket No.: 00-180-P(CN); EEOC No.: 10CA00158

Gail Stone
5912 9th Street, N.W.
Apt. #3
Washington, D.C. 20011
(202) 722-1182
         Plaintiff

*[handwritten: Demanded trial by Jury]*

Case 1:06-cv-00561-PLF
GAIL STONE,
  Plaintiff
v.
DISCOVERY COMMUNICATIONS, INC.
  Defendant

[upside-down stamp: 2006 MAR 13 AM 9:05 NANCY M MAYER-WHITTINGTON CLERK]

5