Case 1:06-cv-00561-PLF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

GAIL STONE,

Plaintiff,

v.

DISCOVERY COMMUNICATIONS, INC.

Defendant.

Civ. No. 1:06CV00561

Judge Paul L. Friedman

# AMENDMENT:

Dear Honorable Judge: Paul L. Friedman:

date: June 16 2006

RECEIVED
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Honorable Judge: Paul L. Friedman:

Please permit this correspondence to serve as a valid request for a Amendment of Correction.

(1) The documentation from DCI Lawyer M.C Bailey is false and I disagree with all the documentation, mainly Because we did not meet and Confer to Local Rule 16:3

(2) no (4) The settlement she want me to take or get nothing was $1500.00 the same thing they offer me 4-2000

(3) I Just received it today. I talk to Lawyer Bailey 12:00 pm, She blamed the Post office. I Know it was her fault

(4) I hope to discuss this subject more no 6-20-06

Thank you
Gail B Stone



PROSKAUER ROSE LLP

1001 Pennsylvania Avenue, NW, Suite 400 South
Washington, DC 20004-2533

7003 1680 0002 5509 8510

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7003 1680 0002 5509 8510

received from post office
6-19-06

GAIL STONE
5912 9th Street, NW
Apt. 3
Washington, DC 20011

Notice 5/23/06
Notice
6/23

Return receipt
requested showing
address where

United States Postal Service

**Sorry We Missed You! We Re Deliver for You**

Today's Date: 6/17

Sender's Name: Pros Kaner Rose

Item is at:
__ Post Office *(See back)*

Available for Pick-up After
Date:
Time:

We will redeliver or you or your agent can pick up. See reverse.

☐ **If checked, you or your agent must be present at time of delivery to sign for item**

__ Letter
✓ Large envelope, magazine, catalog, etc.
__ Parcel
__ Restricted Delivery
__ Perishable Item
__ Other:

**For Delivery:** *(Enter total number of items delivered by service type)*
**For Notice Left:** *(Check applicable item)*

__ Express Mail *(We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)*
✓ Certified
__ Recorded Delivery
__ Firm Bill
__ Registered
__ Insured
__ Return Receipt for Merchandise
__ Delivery Confirmation
__ Signature Confirmation

**Article Number(s)**
7003 1680 0002 5509 8510

Article Requiring Payment
☐ Postage Due ☐ COD ☐ Customs

Amount Due
$

☑ **Final Notice:** Article will be returned to sender on 6/23

Notice Left Section
Customer Name and Address
Gail Stone
5912 9th St NW

Delivered By and Date

PS Form **3849,** November 1999

**Delivery Notice/Reminder/Receipt**

United States Postal Service

**Sorry We Missed You! We Re Deliver for You**

Today's Date 6/17

Sender's Name Pros Kener Rose

Item is at:
__ Post Office (See back)

Available for Pick-up After
Date:
Time:

We will redeliver or you or your agent can pick up. See reverse.

__ Letter
✓ Large envelope, magazine, catalog, etc.
__ Parcel
__ Restricted Delivery
__ Perishable Item
__ Other:

**For Delivery:** *(Enter total number of items delivered by service type)*

**For Notice Left:** *(Check applicable item)*

__ Express Mail *(We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)*
✓ Certified
__ Recorded Delivery
__ Firm Bill
__ Registered
__ Insured
__ Return Receipt for Merchandise
__ Delivery Confirmation
__ Signature Confirmation

☐ **If checked, you or your agent must be present at time of delivery to sign for item**

**Article Number(s)**
70031680000255098510

Article Requiring Payment
☐ Postage Due ☐ COD ☐ Customs

Amount Due
$

☑ **Final Notice:** Article will be returned to sender on 6/23

Notice Left Section
Customer Name and Address
Gail Stone
5912 9th St NW

Delivered By and Date

PS Form **3849,** November 1999

**Delivery Notice/Reminder/Receipt**

"I recieved this 6-19-06

But Certificate of Service this statment is a lie"

9:15

CR 29 Annex

6 Floor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| GAIL STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:06CV00561 |
| | ) | |
| DISCOVERY COMMUNICATIONS, INC. | ) | |
| | ) | Judge Paul L. Friedman |
| Defendant. | ) | |
| | ) | |

**DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S**
**MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 16.3**

Defendant Discovery Communications, Inc. ("DCI"), by and through the undersigned attorneys, and in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia, hereby makes the following report pursuant to Local Rule 16.3 and the Court's scheduling order of April 24, 2006. The parties conferred via telephone on May 16 and 18, whereupon it was agreed as follows:

(1) Defendant, by and through its counsel, intends to file a motion for judgment on the pleadings and/or motion for summary judgment, which is likely to be dispositive of all claims against Defendant. Defendant requests that all discovery be postponed pending the resolution of any dispositive motions filed by the parties;

(2) The parties were unable to agree upon or narrow any factual and/or legal issues;

(3) Neither party wishes to elect to proceed before the United States Magistrate Judge;

(4) The parties do not believe that settlement would be feasible at this time;

(5) The parties do not request ADR conference; and

(6) The parties do not agree to stipulate to dispense with the initial disclosures

Dated: May 19, 2006

Respectfully submitted:

By: [signature]

Meredith C. Bailey (DC Bar No. 494476)
Lawrence Z. Lorber (DC Bar No.103127)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
Telephone: (202) 416.6800
Facsimile: (202) 416.6899

*Counsel for Defendant Discovery Communications, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| GAIL STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:06CV00561 |
| | ) | |
| DISCOVERY COMMUNICATIONS, INC. | ) | |
| | ) | Judge Paul L. Friedman |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the Defendant Discovery Communications, Inc. ("DCI") Meet and Confer Statement to the Court, submitted in accordance with Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3, and the Court's General Order and Guidelines for Civil Cases, it is this ______ day of _________ 2006,

ORDERED, that, unless otherwise modified by the Court, the following schedule for discovery and trial shall apply to the above-captioned matter:

Document production shall be completed by June 20, 2006;

All fact discovery shall be completed by July 15, 2006;

Expert witness reports shall be due by July 28, 2006;

Expert witness rebuttal reports shall be due by August 11, 2006;

Expert depositions shall be completed by August 25, 2006;

Dispositive motions shall be filed by September 12, 2006;

Briefs in opposition to dispositive motions shall be filed by October 13, 2006;

Reply briefs to briefs in opposition shall be filed by November 8, 2006;

4

required by Rule 26(a)(1).

Defendant hereby submits the following Proposed Scheduling Order:*

- Document production shall be completed by June 20, 2006;
- All fact discovery shall be completed by July 15, 2006;
- Expert witness reports shall be due by July 28, 2006;
- Expert witness rebuttal reports shall be due by August 11, 2006;
- Expert depositions shall be completed by August 25, 2006;
- Dispositive motions shall be filed by September 12, 2006;
- Briefs in opposition to dispositive motions shall be filed by October 13, 2006;
- Reply briefs to briefs in opposition shall be filed by November 8, 2006;
- Oral argument regarding dispositive motions will be held on December 28, 2006; and
- Final pre-trial conference shall occur on January 18, 2007 or at the Court's earliest convenience with trial to occur thirty (30) to sixty (60) days thereafter.

* Defendant reserves the right to amend the proposed schedule in the event that discovery is stayed by the Court upon the filing of Defendant's dispositive motion, as requested on page 1 of this report.

Oral argument regarding dispositive motions will be held on December 28, 2006 or at the Court's earliest convenience; and it is

FURTHER ORDERED that the final pre-trial conference shall occur on January 18, 2007 or at the Court's earliest convenience with trial to occur thirty (30) to sixty (60) days thereafter.

SO ORDERED.

The Honorable Paul L. Friedman
United States District Judge

COPIES TO:

GAIL STONE
5912 9th St., NW
Apt. 3
Washington, DC 20011

Meredith Bailey, Esq.
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

GAIL STONE,

Plaintiff,

v.

DISCOVERY COMMUNICATIONS, INC.

Defendant.

Civ. No. 1:06CV00561

Judge Paul L. Friedman

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 16.3** was served upon the Plaintiff, acting *pro se*, by enclosing the same in an envelope addressed to such Plaintiff by Certified Return Receipt on this 19th day of May, 2006.

GAIL STONE
5912 9th St., NW
Apartment # 3
Washington, DC 20011

Meredith C. Bailey
Meredith C. Bailey

6



**D.C. Employment Justice Center**
**Follow-Up Intake**

**FILL IN ALL BLANKS**

**Date of Follow-up Visit:** 6/14/2006

**Worker's Name:** Gail Stone

**DOB:** 6 / 19 / 1953 **Worker's Phone:** (202) 722-1182

**Employer:** Discovery Channel Store

**Has the worker's contact information changed since last visit?** Y (N)
(If yes, please write the new contact information in the space to the right.)

| | |
|---|---|
| **SUMMARY OF SITUATION:** | Ms. Stone wants help figuring out what her ~~hearing~~ will be like. Status Conference |
| **ADVICE GIVEN** | We provided a copy of Rules (Fed + local) R. 16. and Rule 26 (about Discovery process) Provided out line of possible topics to discuss @ "Status Conference |
| **INTERVIEWER** | Katie Clar |
| **SUPERVISING ATTORNEY** | Melvina Ford. |

**Interview Conducted in** (**English**) **Spanish Other** ____________

**Did you and the worker produce any written documents, letters or complaint forms?** Y (N)
(If yes, you MUST have them approved by both the advising attorney AND an EJC attorney. You MUST also attach a copy to this intake.)

D.C. Employment Justice Center, 1925 K St. NW, Suite 520, Washington, DC 20006
(202) 828-9675 fax: (202) 828-9190 justice@dcejc.org www.dcejc.org

**FOR EJC USE ONLY**
Update entered by ____________
EJC Atty Review ____________
1 2 3
Check this box if the case designation has changed ☐



**D.C. Employment Justice Center**
**Follow-Up Intake**

**FILL IN ALL BLANKS**

**Date of Follow-up Visit:** 5/31/06

**Worker's Name:** GAIL STONE

**DOB:** 6/19/1953 **Worker's Phone:** (202) 722-1182

**Employer:** DISCOVERY CHANNEL COMMUNICATIONS

**Has the worker's contact information changed since last visit?** Y (N)
(If yes, please write the new contact information in the space to the right.)

| | |
|---|---|
| **SUMMARY OF SITUATION:** | THE EE HAS BEEN HERE BEFORE. SHE IS INVOLVED IN A DISCRIMINATION CASE THAT IS NOW IN FED DISTRICT COURT. SHE RECEIVED AN EXTENSION FOR HER STATUS CONFERENCE, AND THE CLINIC ATTY (ART) WANTED TO TAKE A LOOK AT THE DECISION OF THE DC OFFICE OF HUMAN RIGHTS. THE EE BROUHHT IN 2 PREVIOUS DECISIONS SHE IS APPEALING AND A TAPE THAT SHE SAYS SUPPORTS HER CLAIM. |
| **ADVICE GIVEN** | * THE STATUS CONFERENCE IS A CHANCE FOR HER TO OFFER A SETTLEMENT.<br>* IT IS UNLIKELY THAT THE CLINIC WILL BE ABLE TO FIND A PRO BONO ATTY TO REPRESENT HER |
| **INTERVIEWER** | IAN ELIASOPH |
| **SUPERVISING ATTORNEY** | ART |

**Interview Conducted in** (English) **Spanish Other** ____________

**Did you and the worker produce any written documents, letters or complaint forms?** Y (N)
(If yes, you MUST have them approved by both the advising attorney AND an EJC attorney. You MUST also attach a copy to this intake.)

D.C. Employment Justice Center, 1925 K St. NW, Suite 520, Washington, DC 20006
(202) 828-9675 fax: (202) 828-9190 justice@dcejc.org www.dcejc.org

**FOR EJC USE ONLY**
Update entered by ____________
EJC Atty Review ____________
1 2 3
Check this box if the case designation has changed [ ]

Office DEPOT
*Taking Care of Business*

# Fax Transmission

*PLEASE PRINT*

TO: D.C Employment Law

FROM: Gail B Stone

FAX NUMBER: 202-828-9190

SENDER'S PHONE #: 202 722-1182

DATE: 6-8-06

# OF PAGES: 11 (Including cover)

Message: Att: Ms. Rachel Bennett
these are letter of some Witness of
Ex-co-worker's and thank you very much
Gail Boulware Stone

If you have any difficulties with this transmission, please contact the sender at the phone number listed above.

## OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

X Gail B. Stone
(CUSTOMER'S SIGNATURE)

## VISIT OFFICE DEPOT FOR YOUR:

- Color Copies- High Volume Copies
- Digital color, and Black & White copies
- Business Cards, Letterhead and Envelopes
- Custom Pre-Inked Stamps
- Customs Signs and Banners
- UPS Shipping Service
- Passport Photos
- Ad Specialties

**Store Information**

OFFICE DEPOT EXPRESS
STORE #2245
8501 GEORGIA AVE.
SILVER SPRING, MD 20910
PHONE 301-565-4161
FAX 301-565-4165

Thank you for using Office Depot's Customer FAX Service