UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**GAIL STONE,**                     )
                                    )
      **Plaintiff,**       )
                                    )
    **v.**                    )   Civil Action No. 06-561 (PLF)
                                    )
**DISCOVERY COMMUNICATIONS, Inc.,** )
                                    )
      **Defendant.**      )
_____ )

## ORDER OF REFERRAL TO MEDIATION

    Based on the agreement of the parties, it is hereby

    ORDERED that this case be, and hereby is, referred to mediation. Counsel and parties, including persons with settlement authority, are directed to attend the mediation sessions. The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator. It is further

    ORDERED that if this case settles in whole or in part, counsel shall advise the Court by promptly filing a stipulation signed by counsel for all parties.

    SIGNED this 21st day of June, 2006.

                                                /s/_____
                                                PAUL L. FRIEDMAN
                                                United States District Judge