Case 1:06-cv-00561-PLF

RECEIVED
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| GAIL STONE, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 1:06CV00561 |
| DISCOVERY COMMUNICATIONS, INC. | ) ) | |
| Defendant. | ) ) ) | Judge Paul L. Friedman |

## AMENDMENT:

Dear Honorable Judge: Paul L. Friedman:

date: June 18 2006
date: June 19-2006

Dear Honorable Judge: Paul L. Friedman:

Please permit this correspondence to serve as a valid request for a Amendment of Correction

(1) The documentation from O.C.B Lawyer Mr. Bailey is false and I disagree with all the documents mainly Because we did not meet and confer for Local Rule 16.3.

(2) Re (6) the situation she met last or get nothing was $15-00-00 the same thing they opposing 4-20-06

B. I just rec'd it today. I talk to Lawyer Bailey 12:00 She hand the postopper to know it was hand paid

(4) I hope to discuss this subject matter on 6-20-06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06CV00561 |
| ) | |
| DISCOVERY COMMUNICATIONS, INC. ) | |
| ) | Judge Paul L. Friedman |
| Defendant. ) | |
| ) | |

**DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S**
**MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 16.3**

Defendant Discovery Communications, Inc. ("DCI"), by and through the undersigned attorneys, and in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia, hereby makes the following report pursuant to Local Rule 16.3 and the Court's scheduling order of April 24, 2006. The parties conferred via telephone on May 16 and 18, whereupon it was agreed as follows:

(1) Defendant, by and through its counsel, intends to file a motion for judgment on the pleadings and/or motion for summary judgment, which is likely to be dispositive of all claims against Defendant. Defendant requests that all discovery be postponed pending the resolution of any dispositive motions filed by the parties;

(2) The parties were unable to agree upon or narrow any factual and/or legal issues;

(3) Neither party wishes to elect to proceed before the United States Magistrate Judge;

(4) The parties do not believe that settlement would be feasible at this time;

(5) The parties do not request ADR conference; and

(6) The parties do not agree to stipulate to dispense with the initial disclosures

Dated: May 19, 2006

Respectfully submitted:

By: *Meredith C. Bailey*
Meredith C. Bailey (DC Bar No. 494476)
Lawrence Z. Lorber (DC Bar No.103127)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
Telephone: (202) 416.6800
Facsimile: (202) 416.6899

*Counsel for Defendant Discovery Communications, Inc.*

3

Dear Honorable Judge: Paul L. Friedman:

Please permit this correspondence to serve as a valid request for a Amendment of Correction

(1) The documentation from Oct Lawyer Mrs. Bailey is false and I disagree with all the documents mainly Because we did not meet and copy for Local Rule 16.3.

(2) No (6) the situation she met but -or get Nothing was $15-00-00 the same thing they oppose one 4-20

3. I Just recei'd it today. I talk to Lawyer Bailey 1200 She Island Ala Poshopper to know it was her fault

(4) I hope to discuss this subject now on 6-20-06

**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue, NW, Suite 400 South
Washington, DC 20004-2533

Return receipt requested showing address where

GAIL STONE
5912 9th Street, NW
Apt. 3
Washington, DC 20011

Received 6-19-06
Received from post office

7003 1680 0002 5509 8510
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**



7003 1680 0002 5509 8510



United States Postal Service
**Sorry We Missed You! We Re-Deliver for You**

Item is at:
___ Post Office (See back)

Today's Date: 6/17
Time: ___
Available for Pick-up After: ___

☐ If checked, you or your agent must be present at time of delivery to sign for item

Sender's Name: _Ins Rumba_

We will redeliver or you or your agent can pick up. See reverse.

___ Letter
✗ Large envelope, magazine, catalog, etc.
___ Parcel
___ Restricted Delivery
___ Perishable Item
___ Other: ___

**For Delivery:** (Enter total number of items delivered by service type)
**For Notice Left:** (Check applicable item)

___ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)
✗ Certified
___ Recorded Delivery
___ Firm Bill

___ Registered
___ Insured
___ Return Receipt for Merchandise
___ Delivery Confirmation
___ Signature Confirmation

Article Number(s): 7003 1680 0002 5509 85 10

Notice Left Section
Customer Name and Address:
_Paul Stone_
5912 8n St NW

Article Requiring Payment
☐ Postage Due  ☐ COD  ☐ Customs   Amount Due $ ___

✗ **Final Notice:** Article will be returned to sender on 6/23

Delivered By and Date

PS Form **3849**, November 1999                                    Delivery Notice/Reminder/Receipt

| United States Postal Service **Sorry We Missed You! We ℓʷ Deliver for You** | | Today's Date 6/17 | Sender's Name Rose Pros Kaner |
|---|---|---|---|
| Item is at: ___ Post Office (See back) | Available for Pick-up After Date:   Time: | | We will redeliver or you or your agent can pick up. See reverse. |
| ___ Letter <br> ✓ Large envelope, magazine, catalog, etc. <br> ___ Parcel <br> ___ Restricted Delivery <br> ___ Perishable Item <br> ___ Other: | **For Delivery:** (Enter total number of items delivered by service type) <br> **For Notice Left:** (Check applicable item) <br> ___ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.) <br> ✓ Certified <br> ___ Recorded Delivery <br> ___ Firm Bill | ___ Registered <br> ___ Insured <br> ___ Return Receipt for Merchandise <br> ___ Delivery Confirmation <br> ___ Signature Confirmation | ☐ If checked, you or your agent must be present at time of delivery to sign for item <br> **Article Number(s)** <br> 7003 1680 0002 5509 8510 <br><br> **Notice Left Section** <br> Customer Name and Address <br> Gail Stone <br> 5912 9th St NW <br> Delivered By and Date |
| Article Requiring Payment <br> ☐ Postage Due  ☐ COD  ☐ Customs | Amount Due $ | | |
| ✓ **Final Notice:** Article will be returned to sender on 6/23 | | | |
| PS Form **3849**, November 1999 | | | Delivery Notice/Reminder/Receipt |

"I received this 6-19-06
But Certificate of Service this statment
is a lie

9:15
CR 29 ANNex
6 Floor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| GAIL STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:06CV00561 |
| | ) | |
| DISCOVERY COMMUNICATIONS, INC. | ) | |
| | ) | Judge Paul L. Friedman |
| Defendant. | ) | |
| | ) | |

**DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S**
**MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 16.3**

Defendant Discovery Communications, Inc. ("DCI"), by and through the undersigned attorneys, and in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia, hereby makes the following report pursuant to Local Rule 16.3 and the Court's scheduling order of April 24, 2006. The parties conferred via telephone on May 16 and 18, whereupon it was agreed as follows:

(1)  Defendant, by and through its counsel, intends to file a motion for judgment on the pleadings and/or motion for summary judgment, which is likely to be dispositive of all claims against Defendant. Defendant requests that all discovery be postponed pending the resolution of any dispositive motions filed by the parties;

(2)  The parties were unable to agree upon or narrow any factual and/or legal issues;

(3)  Neither party wishes to elect to proceed before the United States Magistrate Judge;

(4)  The parties do not believe that settlement would be feasible at this time;

(5)  The parties do not request ADR conference; and

(6)  The parties do not agree to stipulate to dispense with the initial disclosures

required by Rule 26(a)(1).

Defendant hereby submits the following Proposed Scheduling Order:*

- Document production shall be completed by June 20, 2006;

- All fact discovery shall be completed by July 15, 2006;

- Expert witness reports shall be due by July 28, 2006;

- Expert witness rebuttal reports shall be due by August 11, 2006;

- Expert depositions shall be completed by August 25, 2006;

- Dispositive motions shall be filed by September 12, 2006;

- Briefs in opposition to dispositive motions shall be filed by October 13, 2006;

- Reply briefs to briefs in opposition shall be filed by November 8, 2006;

- Oral argument regarding dispositive motions will be held on December 28, 2006; and

- Final pre-trial conference shall occur on January 18, 2007 or at the Court's earliest

convenience with trial to occur thirty (30) to sixty (60) days thereafter.

---

\*   Defendant reserves the right to amend the proposed schedule in the event that discovery is stayed by the Court upon the filing of Defendant's dispositive motion, as requested on page 1 of this report.

2

Dated: May 19, 2006

Respectfully submitted:

By: *Meredith C. Bailey*

Meredith C. Bailey (DC Bar No. 494476)
Lawrence Z. Lorber (DC Bar No. 103127)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
Telephone: (202) 416.6800
Facsimile: (202) 416.6899

*Counsel for Defendant Discovery Communications, Inc.*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06CV00561 |
| ) | |
| DISCOVERY COMMUNICATIONS, INC. ) | |
| ) | Judge Paul L. Friedman |
| Defendant. ) | |
| ) | |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Defendant Discovery Communications, Inc. ("DCI") Meet and Confer Statement to the Court, submitted in accordance with Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3, and the Court's General Order and Guidelines for Civil Cases, it is this _____ day of _____ 2006,

ORDERED, that, unless otherwise modified by the Court, the following schedule for discovery and trial shall apply to the above-captioned matter:

Document production shall be completed by June 20, 2006;

All fact discovery shall be completed by July 15, 2006;

Expert witness reports shall be due by July 28, 2006;

Expert witness rebuttal reports shall be due by August 11, 2006;

Expert depositions shall be completed by August 25, 2006;

Dispositive motions shall be filed by September 12, 2006;

Briefs in opposition to dispositive motions shall be filed by October 13, 2006;

Reply briefs to briefs in opposition shall be filed by November 8, 2006;

Oral argument regarding dispositive motions will be held on December 28, 2006 or at the Court's earliest convenience; and it is

FURTHER ORDERED that the final pre-trial conference shall occur on January 18, 2007 or at the Court's earliest convenience with trial to occur thirty (30) to sixty (60) days thereafter.

SO ORDERED.

---
The Honorable Paul L. Friedman
United States District Judge

COPIES TO:

GAIL STONE
5912 9th St., NW
Apt. 3
Washington, DC 20011

Meredith Bailey, Esq.
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06CV00561 |
| ) | |
| DISCOVERY COMMUNICATIONS, INC. ) | |
| ) | Judge Paul L. Friedman |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 16.3** was served upon the Plaintiff, acting *pro se*, by enclosing the same in an envelope addressed to such Plaintiff by Certified Return Receipt on this 19th day of May, 2006.

GAIL STONE
5912 9th St., NW
Apartment # 3
Washington, DC 20011

_____
Meredith C. Bailey

6



# D.C. Employment Justice Center
## Follow-Up Intake

### FILL IN ALL BLANKS

Date of Follow-up Visit: **6/14/2006**

Worker's Name: **Gail Stone**

DOB: **6/19/1953**   Worker's Phone: **(202) 722-1182**

Employer: **Discovery Channel Store**

Has the worker's contact information changed since last visit?   Y  (N)
(If yes, please write the new contact information in the space to the right.)

| | |
|---|---|
| **SUMMARY OF SITUATION:** | Ms. Stone wants help figuring out what her ~~attorney~~ will be [at] Status Conference. |
| **ADVICE GIVEN** | We passed a copy of Rules (fed + local) R. 16 and Rule 26 (about Discovery process). Provided outline of possible topics to discuss at "Status Conference" |
| **INTERVIEWER** | Katie Clan |
| **SUPERVISING ATTORNEY** | Melvina Ford |

Interview Conducted in (English)  Spanish  Other _____
Did you and the worker produce any written documents, letters or complaint forms?   Y   (N)
(If yes, you MUST have them approved by both the advising attorney AND an EJC attorney. You MUST also attach a copy to this intake.)

---

D.C. Employment Justice Center, 1925 K St. NW, Suite 520, Washington, DC 20006
(202) 828-9675 fax: (202) 828-9190  justice@dcejc.org  www.dcejc.org

**FOR EJC USE ONLY**
Update entered by _____
EJC Atty Review _____

1     2     3

Check this box if the case designation has changed ☐



# D.C. Employment Justice Center
## Follow-Up Intake

### FILL IN ALL BLANKS

Date of Follow-up Visit: 5/31/06

Worker's Name: GAIL STONE

DOB: 6/19/1953   Worker's Phone: (202) 722-1182

Employer: DISCOVERY CHANNEL COMMUNICATIONS

Has the worker's contact information changed since last visit?  Y  (N)
(If yes, please write the new contact information in the space to the right.)

| | |
|---|---|
| **SUMMARY OF SITUATION:** | THE EE HAS BEEN HERE BEFORE. SHE IS INVOLVED IN A DISCRIMINATION CASE THAT IS NOW IN FED DISTRICT COURT. SHE RECEIVED AN EXTENSION FOR HER STATUS CONFERENCE AND THE CLINIC ATTY (ART) WANTED TO TAKE A LOOK AT THE DECISION OF THE DC OFFICE OF HUMAN RIGHTS. THE EE BROUGHT IN 2 PREVIOUS DECISIONS SHE IS APPEALING AND A TAPE THAT SHE SAYS SUPPORTS HER CLAIM. |
| **ADVICE GIVEN** | * THE STATUS CONFERENCE IS A CHANCE FOR HER TO OFFER A SETTLEMENT. * IT IS UNLIKELY THAT THE CLINIC WILL BE ABLE TO FIND A PRO BONO ATTY TO REPRESENT HER. |
| **INTERVIEWER** | IAN ELIASOPH |
| **SUPERVISING ATTORNEY** | ART |

Interview Conducted in (English)  Spanish  Other _____
Did you and the worker produce any written documents, letters or complaint forms?   Y  (N)
(If yes, you MUST have them approved by both the advising attorney AND an EJC attorney. You MUST also attach a copy to this intake.)

D.C. Employment Justice Center,1925 K St. NW, Suite 520, Washington, DC 20006
(202) 828-9675 fax: (202) 828-9190 justice@dcejc.org www.dcejc.org

FOR EJC USE ONLY
Update entered by _____
EJC Atty Review _____

1     2
Check this box if the case designation has changed ☐

# Office DEPOT
*Taking Care of Business*

## Fax Transmission
PLEASE PRINT

TO: D.C Employment Law  
FROM: Gail B Stone  
FAX NUMBER: 202-828-9190  
SENDER'S PHONE #: 202 722-1182  
DATE: 6-8-06  
# OF PAGES: 11 (Including cover)  

Message: Att: Ms. Rachel Bennett  
These are Letter of some Witness or Ex-co-worker's and thank you very much  
Gail Boulware Stone

If you have any difficulties with this transmission, please contact the sender at the phone number listed above.

### OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

X  *Gail B. Stone*  
(CUSTOMER'S SIGNATURE)

## VISIT OFFICE DEPOT FOR YOUR:

- Color Copies- High Volume Copies
- Digital color, and Black & White copies
- Business Cards, Letterhead and Envelopes
- Custom Pre-Inked Stamps
- Customs Signs and Banners
- UPS Shipping Service
- Passport Photos
- Ad Specialties

### Store Information

OFFICE DEPOT EXPRESS  
STORE #2245  
8501 GEORGIA AVE.  
SILVER SPRING, MD 20910  
PHONE 301-565-4161  
FAX    301-565-4165

Thank you for using Office Depot's Customer FAX Service