RECEIVED
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL STONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISCOVERY COMMUNICATIONS, Inc., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-561 (PLF) |

## AMENDMENT:   July 12, 2006

Dear Honorable Judge: Paul L. Friedman:

I am apologing for putting copies of The Employment Justice Center follow-up Intake Interview forms in my Amendments.

I was in no ways ever advised to do so.
On July 5, 2006 I was advised not too and was advised the proper way to explain my Interviews with The EJC The D.C. Employment Justice Center.

I thank the EJC with all my heart, they are helping me more than I could ever explain and I am very graceful for them helping me. They are very compassionate and smart and sincere.

I received the documentions on July 5, 20006 dated June 21, 2006, notice of ProBono appointment of Mediation.

I talked on the phone with Mr. Terry July 11, 2006 1:04 pm and he said that (he) they are in the process of finding me a ProBone counsel for the limited purpose of Mediation etc..

I am going for another interview today, July 12, 2006 to talk about the **Local Civil Rule 83.11 (they)** The D.C. Employment Justice Center will explain this documents to me and I am very graceful for them.

Dear Honorable Judge Friedman:

I am thanking you again for your sincere compassion.

Judge Friedman I am legally physical disable and I am in pains continually all day ever day and the kindness of these people and yourself helps easiest my pains. I will say this that trying to explain the kindness of you Judge Friedman, Mr. Terry Ms. Latanau Scott, Mrs. Maureen Higgins and OHR Ms. Mullane c. Ahern, Mrs Jewell Little and others persons that have help me and the people that are helping me now I am very graceful.

I will try to explain the way I feel about How thankful I am about the kind treatment that I have and is receiveing from you all. It is like standing beside an apple tree eating it's apples and trying to tell the apple tree how graceful you is for it apples because you was so very hungry. I thank you all with all my heart.

The apples are gifts from GOD so I thank God because (He) really knows how graceful I am for the help that I am receiveing and have received from you all.

Your Truly

*Gail B. Stone*

Gail B. Stone

5412 9th St NW #3
Washington, D.C. 20011
202-722-1182