UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gail Stone, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-561 (PLF) |
| | ) |
| Discovery Communications, Inc., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL
## FOR THE LIMITED PURPOSE OF MEDIATION

I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

_Gail B. Stone_
Signature of pro se party

_Gail B. Stone_
Name of pro se party (printed)

_5912 9th St. NW #3_
Address

_Washington, D.C. 20011_
City   State   ZIP

_202-722-1182_
Telephone

Dated: _7-20-06_

# RECEIVED

JUL 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT