IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISCOVERY COMMUNICATIONS, INC. )<br>)<br>Defendant. )<br>) | Civ. No. 1:06CV00561<br><br>Judge Paul L. Friedman |

**DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S STATUS REPORT PURSUANT TO JUNE 20, 2006 MINUTE ENTRY ORDER**

Defendant Discovery Communications, Inc. ("DCI" or "Defendant"), by and through the undersigned attorneys, hereby makes the following report pursuant to this Court's Minute Entry Order of June 20, 2006. Counsel for Defendant, Meredith Bailey, conferred via telephone with Michael Terry of the U.S. District Court Mediation Program on August 28, 2006, whereupon she was informed as follows:

(1) Sabrina Dennis has entered an appearance to represent Plaintiff Gail Stone for the limited purpose of mediation;

(2) Ms. Dennis requested additional time to familiarize herself with the case and contact Ms. Stone; *and*

(3) Mr. Terry will contact the parties after Labor Day (September 4, 2006) to schedule the court-ordered mediation for the month of September.

Dated: August 31, 2006                    Respectfully submitted:

                                                   By:    _____
Meredith C. Bailey (DC Bar No. 494476)
Stephanie L. Marn (DC Bar No. 467873)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
Telephone: (202) 416.6800
Facsimile: (202) 416.6899

*Counsel for Defendant Discovery Communications, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DISCOVERY COMMUNICATIONS, INC. )<br>)<br>    Defendant. )<br>) | Civ. No. 1:06CV00561<br><br>Judge Paul L. Friedman |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S STATUS REPORT PURSUANT TO JUNE 20, 2006 MINUTE ENTRY ORDER** was served upon the Plaintiff's counsel for the limited purpose of mediation, Sabrina Dennis, by enclosing the same in an envelope addressed to such Plaintiff by Certified Return Receipt on this 31st day of August, 2006.

Sabrina Dennis
4404 N. Fourth Rd.
Apt. 1
Arlington, VA  22203

_____
Meredith C. Bailey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DISCOVERY COMMUNICATIONS, INC.  )<br>  )<br>  Defendant.  )<br>  ) | Civ. No. 1:06CV00561<br><br>Judge Paul L. Friedman |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S STATUS REPORT PURSUANT TO JUNE 20, 2006 MINUTE ENTRY ORDER** was served upon the mediator, Michael Terry, by enclosing the same in an envelope addressed to such mediator by First Class Mail on this 31st day of August, 2006.

Michael Terry
Circuit Executive's Office
333 Constitution Avenue, NW
Room 4830
Washington, DC 20001

*/s/ Meredith C. Bailey*
Meredith C. Bailey