UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL STONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-561 (PLF) |
| | ) |
| DISCOVERY COMMUNICATIONS, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Plaintiff filed this action *pro se*. The Court determined that counsel should be appointed from the Court's Civil Pro Bono Panel for the limited purpose of assisting in the resolution of this case through mediation. Sabrina Dennis, Esquire has been representing plaintiff during the mediation process.

The Court has determined that any successful mediation will require counsel more familiar with Title VII litigation and one who can devote more time to the case. Accordingly, it is

ORDERED that Sabrina Dennis is relieved from further representation of plaintiff. It is

FURTHER ORDERED that the Clerk appoint new counsel for the plaintiff from the Civil Pro Bono Panel for the purpose of mediation in the above-captioned matter.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: October 11, 2006          United States District Judge