UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAIL STONE,                          )
                                     )
           Plaintiff,                )
                                     )
     v.                              )    Civil Action No. 06-561 (PLF)
                                     )
DISCOVERY COMMUNICATIONS, Inc.,      )
                                     )
           Defendant.                )
                                     )

## AMENDMENT:

Dear Honorable Judge: Paul L. Friedman:

Dear Sir,

I am writing this AMENDMENT because of some strange encounter, with Attorney Sabria Dennis. I had been conversing with her by phone from the middle of August 2006 until October 6, 2006.

RECEIVED
OCT 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On October 6, 2006 at 2:10pm friday, she called me to tell me that she is no longer could represent me because she didn't have the time. It was very clear to me that she was no longer my Attorney. Which bring me to wonder who she really was or is.

On October 6, 2006 I called the clerk office (202) 216- 7343 an in a few transfers, I found out that there was no information on her.

The only proof that I have that we talked is the messages she left on my voice mail and her cell phone number on my ID phone service. I know now that I should have related this information to the clerk office sooner.

I apoloize for that. I consider all the conversations that I had with Attorney Sabria Dennis invalid. On October 9, 2006 with a very bad **STRESS HEADACHE** I left a message on her voice mail for her to please return my papers, and tape, and and a statement stating that she is no longer my Attorney.

Thank You Very Much

Sincerely,

*Gail B. Stone*

Gail B. Stone

October 10, 2006

2 of 3

U.S. DISTRICT COURT MEDIATION PROGRAM

NOTICE TO COUNSEL OF APPOINTMENT OF MEDIATOR

DATE OF NOTICE: 6/26/2006

This is to inform you, that in accordance with the order of June 21, ,

the Office of the Circuit Executive has appointed a mediator in the following

case: C.A. No. 6.0561 , Stone v. Discovery Communications, Inc..

The name and address of the mediator who will preside in this case is:

Michael Terry
Circuit Executive's Office
333 Constitution Avenue, NW
Room 4830
Washington, DC 20001
202/216-7343

The mediator will notify you of the time and place of the first mediation session.
Please note that this meeting must be held within three weeks of the date of this notice.
If the mediator has not contacted you within a reasonable period of time to schedule
this session please contact him/her directly or call our office at 202/216-7343

The Mediation Procedures can be found in Local Civil Rule 84 of the United States District
Court for the District of Columbia, and must be followed by all attorneys, parties, and other
participants to the process.

This notice is being mailed to all counsel of record.

Revised