UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GAIL STONE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-561 (PLF) |
| ) | |
| **DISCOVERY COMMUNICATIONS, INC.**, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**
**FOR THE LIMITED PURPOSE OF MEDIATION**

To the Clerk of this Court and all parties of record:

Please enter my appearance as *pro bono* counsel in this case for the Plaintiff.

This appearance is for the limited purpose of representing the litigant during the mediation process, and is subject to the "Guidelines for Court-Appointed Mediation Counsel," attached to the Court's Order of Appointment.

Date: December 22, 2006                                        Respectfully submitted,


                                                                                   /s/
                                                                Daniel E. Farrington (#471403)
                                                                The Farrington Law Firm, LLC
                                                                4550 Montgomery Avenue
                                                                Suite 775 North
                                                                Bethesda, MD 20814
                                                                (301) 951-1538 (Tel.)
                                                                (301) 951-1544 (Fax)