Case 1:06-cv-00561-PLF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

GAIL STONE,

    Plaintiff,

v.

DISCOVERY COMMUNICATIONS, INC.

    Defendant.

Civ. No. 1:06CV00561

Judge Paul L. Friedman

LOCAL RULE 16.3

Dear Judge Paul Friedman:

June 06, 2006

Please permit this correspondence to serve as a valid request for an AMENDMENT

Date Filed: 03/24/2006
Jury Demand: None  ASKING FOR A TRIAL BY JURY,
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

RECEIVED

JUN - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT