IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| GAIL STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:06CV00561 |
| | ) | |
| DISCOVERY COMMUNICATIONS, INC. | ) | |
| | ) | Judge Paul L. Friedman |
| Defendant. | ) | |
| | ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiff Gail B. Stone and Defendant Discovery Communications, Inc., by and through their counsel of record, hereby stipulate and jointly move the Court for an Order dismissing with prejudice the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney's fees.

The parties submit herewith an Order in conformity with the foregoing.

Dated:  April 4, 2007

_____/s/_____
Daniel E. Farrington, DC Bar No. 471403
Attorney for Plaintiff
The Farrington Law Firm, LLC
4550 Montgomery Avenue, Suite 775 North
Bethesda, MD 20814
(301) 951-1538

Dated:  April 4, 2007

_____/s/_____
Meredith C. Bailey, DC Bar No. 494476
Attorney for Defendant
Proskauer Rose LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2533
(202) 416-6800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06CV00561 |
| ) | |
| DISCOVERY COMMUNICATIONS, INC. ) | |
| ) | Judge Paul L. Friedman |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

Upon consideration of the Stipulation for Voluntary Dismissal with prejudice signed by counsel for both parties as provided by Rule 41(a)(1) of the Federal Rules of Civil Procedure, and good cause having been shown, it is this ____ day _____, 2007 by the United States District Court for the District of Columbia.

ORDERED that:

The above-captioned action be and is hereby dismissed with prejudice.

SO ORDERED

_____
Judge Paul L. Friedman
United States District Court for the
District of Columbia