IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

FILED

APR 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| GAIL STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:06CV00561 |
| | ) | |
| DISCOVERY COMMUNICATIONS, INC. | ) | |
| | ) | Judge Paul L. Friedman |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of the Stipulation for Voluntary Dismissal with prejudice signed by counsel for both parties as provided by Rule 41(a)(1) of the Federal Rules of Civil Procedure, and good cause having been shown, it is this 5th day _April_, 2007 by the United States District Court for the District of Columbia.

ORDERED that:

The above-captioned action be and is hereby dismissed with prejudice.

SO ORDERED

*[signature]*
Judge Paul L. Friedman
United States District Court for the
District of Columbia